

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2015

No. 04-14-00100-CR

Edgar Javier **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2321-CR
William Old, Judge Presiding

## O R D E R

The State's brief was originally due on November 12, 2014. The State is represented on appeal by Mr. Edward F. Shaughnessy, III, who has been granted two previous extensions of time in which to file the State's brief, the latest until January 30, 2015. On January 29, 2015, Mr. Shaughnessy requested another extension of time until March 2, 2015. The motion is GRANTED, and it is ORDERED that Mr. Shaughnessy file the State's brief no later than March 2, 2015. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court